# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  ProMed Informatics, Inc.
Debtor

                          Case No.: 05−29514−DHS
                          Chapter 7

Stacey L. Meisel
Plaintiff

v.

Sunil Naware
Defendant

Adv. Proc. No. 06−02569−DHS                    Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on February 1, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 12 – 8
Opinion (related document:[8] Motion to Dismiss Adversary Proceeding filed by Cross Defendant Sunil Naware, Defendant Sunil Naware).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant. Signed on 1/31/2007 (dmc, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 1, 2007
JJW: dmc

                                                                      James J. Waldron
                                                                    Clerk